UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **GARY VAN DANIELS**<br>     **FED. REG. # 08904-035** | **CIVIL ACTION NO. 15-2124**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **PERRY FLEMING, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. §1915 and §1915A.

**The Clerk of Court is directed to provide a copy of this judgment to the Keeper of the Three Strikes List, Tyler, Texas**.

**MONROE, LOUISIANA**, this 11th day of December, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE